# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES C. GROFF**, Administrator of the Estate of Esther C. Groff, : Plaintiff : : v. : : **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, : Defendant | **CIVIL ACTION NO. 1:10-CV-599** (Judge Conner) |

## O R D E R

AND NOW, this 1st day of July, 2010, upon consideration of the parties' Stipulation/Agreement (Doc. 11), it is hereby ORDERED that said Stipulation/Agreement is APPROVED. Any and all averments and claims for contractual and statutory bad faith in Counts I and II of Plaintiff's Complaint are hereby Dismissed, with Prejudice. The only remaining cause of action in the Complaint is Plaintiff's claim for breach of contract regarding Plaintiff's Underinsured Motorist Claim.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge